THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MCKINLEY HARRIS

    Plaintiff,

v.

HAYWARD LABORATORIES, INC.

    Defendant.

: 3:19-CV-530
: (JUDGE MARIANI)

## ORDER

AND NOW, THIS 8th DAY OF FEBRUARY, 2021, upon consideration of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 41) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R is **ADOPTED** for the reasons set forth therein.

2. Defendant Hayward Laboratories, Inc.'s Motion to Enforce its Settlement Agreement with Plaintiff (Doc. 29) is **GRANTED**.

3. The Clerk of Court is directed to **CLOSE** this action.

_____
Robert D. Mariani
United States District Judge